**Order filed September 13, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00341-CV
_____

## IN THE INTEREST OF A.G. AND A.F.G., CHILDREN

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2015-01065**

## O R D E R

Appellant **Jaime Guevara's** brief was due September 6, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 6, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM